AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert J. Welzel, et al

V.

U.S. Government

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00838

CASE JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 05/5/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Robert J. Welzel
Lisa L. Welzel
114 W. Graycrest Ave.
Collierville, TN.
38017

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY - 5 2006
CLERK                                      DATE

M. Higgins
(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by ~~certified mail return receipt requested~~ FedEx (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached ~~Postal green cards~~ Tracking is _May 10, 2006 9:57 am_. The cost of the mailing is $ _5.68_

~~Certified mail #~~ _FedEx Tracking # 790915602221_,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_[signature]_
Signature

_11 May 2006_
Date

## Bob Welzel

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, May 10, 2006 12:52 PM
**To:** r_welzel@msn.com; r_welzel@msn.com
**Subject:** FedEx Shipment 790915602221 Delivered

Our records indicate that the following shipment has been delivered:

Tracking number:          790915602221
Ship (P/U) date:          May 9, 2006
Delivery date:            May 10, 2006 09:57 AM
Sign for by:              A.FRAZIER
Delivered to:             Shipping/Receiving
Service type:             FedEx Standard Overnight
Packaging type:           FedEx Envelope
Number of pieces:         1
Weight:                   1.0 LB

Shipper Information                 Recipient Information
Robert Welzel                       Alberto Gonzales
FEDEX                               United States Attorney General
114 W. Graycrest Ave                950 Pennsylvania Ave
Collierville                        Civil Processs Clerk
TN                                  Washington
US                                  DC
38017                               US
                                    20530

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:59 AM CDT on 05/10/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

5/10/2006