AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert J. Welzel, et al

V.

U.S. Government

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00838

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 05/5/2006

TO: (Name and address of Defendant)

**U.S. ATTORNEY**
**501 3RD. ST. N.W.**
**WASHINGTON, D.C. 20001**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

Robert J. Welzel
Lisa L. Welzel
114 W. Graycrest Ave.
Collierville, TN
38017

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAY - 5 2006
CLERK                              DATE

M. Higgins
(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by ~~certified mail return receipt requested~~ FedEx (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached ~~Postal green cards~~ tracking is _May 10, 2006 9:18AM_. The cost of the mailing is $ _5.68_

~~Certified mail~~ # _FedEx Tracking # 790423614111_

to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

     I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_[signature]_　　　　　　　　　　　　　　　　_11 May 2006_
Signature　　　　　　　　　　　　　　　　　　　　　Date

## Bob Welzel

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, May 10, 2006 10:23 AM
**To:** r_welzel@msn.com; r_welzel@msn.com
**Subject:** FedEx Shipment 790423614171 Delivered

Our records indicate that the following shipment has been delivered:

Tracking number:            790423614171
Ship (P/U) date:            May 9, 2006
Delivery date:              May 10, 2006 09:18 AM
Sign for by:                C.BAUM
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Standard Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     1.0 LB

Shipper Information         Recipient Information
Robert Welzel               Kenneth L. Wainstein
FEDEX                       United States Attorney, DC
114 W. Graycrest Ave        501 3rd Street NW
Collierville                Civil Process Clerk
TN                          Washington
US                          DC
38017                       US
                            20001

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:52 AM  CDT  .
on 05/10/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

5/10/2006

# Return Shipment Instructions

**Preparing Return Packages:**

- Pack items in a sturdy box using cushioning materials to keep them secure.
- Remove or black out any old shipping labels, including the original shipping bar code.
- Seal the box with shipping tape.
- Affix one label to each box. (If you do not have enough labels, you must obtain additional labels from the company that provid
- Keep this as your receipt. You may have your FedEx Ground driver sign below.

**Options To Ship Return Manager Packages:**

**Drop Off**
- Log on to FedEx.com and select the orange "Locations" tab to find the closest drop-off location.
- Call 1-800-Go-FedEx, (800)463-3339 to find the closest drop-off location.

**Pick Up (for business locations ONLY)**
- Have your label ready when you call (888)777-6040 to schedule a commercial pickup from your business location.
- Please be prepared to provide the tracking number. Note: these are the set of numbers printed under the large bar code on t shipping label.

**PICKUP RECEIPT**

Tracking Number: _7920 9543 2967_

Package returning to: _Robert Welzel_

Driver Signature: _____  Date: _____