RECEIVED
JUN 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### IN THE DISTRICT OF COLUMBIA

Robert J Welzel,
Lisa L Welzel

Case No. **1:06-cv-00838** RBW

    Plaintiff(s),

VERIFIED ADDENDUM TO COMPLAINT No. 1

v.

United States

    Defendant.

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

## FINDINGS MUST BE BASED UPON EVIDENCE

Even if administrative exhaustion is a question of law, the exceptions to the administrative exhaustion requirement that have heretofore been mentioned, in Koerner (both cases)[1], Turner, and in the instant case, involve findings of fact which should, in keeping with Arbaugh, be within the province of a jury. In the instant case, a jury finding that IRS was willing to reconsider a position (Randolph-Sheppard), or was unbiased (McCarthy), would naturally *and properly* result in the legal conclusion that no exception(s) to the exhaustion requirement are applicable; an adverse jury finding, however, of IRS intransigence, or bias, would necessarily and properly result in the legal conclusion that one or more exception(s) to the exhaustion requirement do apply. The legal conclusion that Plaintiff failed to exhaust an administrative remedy to which no exception applies may only be based upon a finding of facts; a finding of the jury. I/we believe that a proper reading of the statute supports this argument.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that demonstrates that the IRS is unwilling to

---

[1] No. 05-1600 (D.D.C. Oct 26, 2005; 06-0024, D.D.C. Mar. 31, 2006

Robert J Welzel v. United States.    page 2 of 4 pages    Addendum to Complaint

reconsider the position taken in the attached correspondence[2] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing the instant action.

Dated June 20, 2006

_____    _____
Robert J Welzel                Lisa L Welzel
114 W Graycrest Ave.           114 W Graycrest Ave.
Collierville, TN 38017         Collierville, TN 38017

### Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Tennessee, personally appeared, Robert J Welzel, Lisa L Welzel known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that the facts herein are true according to his/her/their best knowledge and belief and that he/she/they executed the same as his/her/their free act and deed.

_____
Notary, State of Tennessee

*(Seal: Gayle L. Holland, State of Tennessee Notary Public, Fayette County)*

---

[2] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

Robert J Welzel v. United States.    page 3 of 4 pages    Addendum to Complaint

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

Dated   June  20           , 2006

_____
Robert J Welzel

| Form 668-W(ICS) (Jan. 2003) | Department of the Treasury – Internal Revenue Service **Notice of Levy on Wages, Salary, and Other Income** | |
|---|---|---|

DATE: 05/15/2006
REPLY TO: Internal Revenue Service
DENNIS MINOR
22 N FRONT STREET
MEMPHIS, TN 38103-2162

TELEPHONE NUMBER
OF IRS OFFICE: (901)544-3165

TO: FEDEX EXPRESS
2007 CORPORATE AVE -5TH FLOOR
MEMPHIS, TN 38132-1702

NAME AND ADDRESS OF TAXPAYER:
ROBERT J WELZEL
114 W GRAYCREST AVE
COLLIERVILLE, TN 38017-3568

IDENTIFYING NUMBER(S): 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

WELZ

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 14670.21 | 1841.32 | 16511.53 |
| 1040 | 12/31/2001 | 65867.52 | 7851.09 | 73718.61 |
| 1040 | 12/31/2002 | 67517.81 | 8045.27 | 75563.08 |
| 1040 | 12/31/2003 | 69361.99 | 6384.61 | 75746.60 |
| | | | **Total Amount Due ⇒** | 241539.82 |

We figured the interest and late payment penalty to **06-14-2006**

Although we asked you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect the unpaid amount. We will send other levies if we don't get sufficient funds to pay the total amount you owe.

This levy requires the person who received it to turn over to us: your wages and salary that have been earned but not paid, as well as wages and salary earned in the future until the levy is released; and (2) your other income that the person has now or is obligated to pay you. This money is levied to the extent it isn't exempt, as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (*cash, cashier's check, or money order*) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time for us to call you.

**Please see the back of Part 5 for instructions.**

| Signature of Service Representative | Title |
|---|---|
| /S/ DENNIS MINOR | REVENUE OFFICER |

Part 2 — For Taxpayer      Catalog No. 35390F   www.irs.gov      Form 668-W(ICS) (1-2003)

| Form 668-A(ICS) | | Department of the Treasury – Internal Revenue Service |
|---|---|---|
| (Jan. 2003) | | **Notice of Levy** |

DATE: 05/15/2006

REPLY TO:  Internal Revenue Service
    DENNIS MINOR
    22 N FRONT STREET
    MEMPHIS, TN 38103-2162

TELEPHONE NUMBER
OF IRS OFFICE: (901)544-3165

NAME AND ADDRESS OF TAXPAYER:
ROBERT J WELZEL
114 W GRAYCREST AVE
COLLIERVILLE, TN 38017-3568

TO:  NAVY FEDERAL CREDIT UNION
    PO BOX 3601
    MERRIFIELD, VA 22119-0001

IDENTIFYING NUMBER(S):  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

WELZ

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 14670.21 | 1841.32 | 16511.53 |
| 1040 | 12/31/2001 | 65867.52 | 7851.09 | 73718.61 |
| 1040 | 12/31/2002 | 67517.81 | 8045.27 | 75563.08 |
| 1040 | 12/31/2003 | 69361.99 | 6384.61 | 75746.60 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒

| Total Amount Due | 241539.82 |
|---|---|

We figured the interest and late payment penalty to  **06-14-2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| /S/ DENNIS MINOR | REVENUE OFFICER |

Part 4 –  For Taxpayer    Catalog No. 35389E  www.irs.gov    Form 668-A(ICS) (1-2003)