Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530 – 0001

FedEx Tracking #: 7921 3074 1439

Robert J. Welzel
c/o 114 W. Graycrest Ave.
Collierville, Tennessee
June 16th, 2006

Re: NOTICE of **Counterfeit United States Securities, Embezzlement, Securities Fraud, Non-Payment for Services Rendered;**

Mr. Attorney General,

   This Verified Complaint and Notice is being forwarded pursuant to the provisions set forth in Title 18 U.S.C. §4, and comes to you / your office in Affidavit form.

...........................................................................................................................................................

## AFFIDAVIT OF COMPLAINT

### VIOLATIONS OF TITLE 18 U.S.C.

### COMMITTED BY

### Dennis Minor, IRS Employee # 62-11310

1    18 U.S.C. §1018, Official certificates or writings: IRS Agent Dennis Minor knowingly made and delivered (via USPS) as true, an Official Certificate of the United States or an Agency thereof. Revenue Agent Dennis Minor made, executed, and delivered to Navy Federal Credit Union a Notice of Levy; Form 668-A(ICS), which contained statements he knew to be false. Said Notice of Levy cites "Unpaid Balance(s) of Assessment(s)". Dennis Minor knows, or should know that IRS has never made an assessment in regard to me, Robert J. Welzel. See Exhibit: A

This act, committed by Agent Dennis Minor in his capacity as Revenue Agent, constitutes a crime against the United States.

2.  18 U.S.C. §1001, Knowingly and willfully making false, fictitious, or fraudulent statements or representations, or making or using any false writing or document knowing same to contain any false, fictitious or fraudulent statement or entry. The Notice of Levy made, executed, and delivered by Dennis Minor cites "Unpaid Balance(s) of Assessment(s)".
    See Exhibit A
    IRS admits, through their failure to produce the requisite documentation, that the Internal Revenue Service has never made an assessment in regard to me, Robert J. Welzel.
    Agent Dennis Minor's actions in this instance constitute crimes against the United States.

3.  18 U.S.C. §1341, Mail Fraud: Agent Minor engaged in criminal use of the mails to deliver Notice of Levy which contained false and fraudulent information. Agent Minor's Notice of Levy made, executed, and delivered (via USPS), (1) contains false and fraudulent information, (2) was designed to deceive the recipient, (3) was devised to defraud under false and fraudulent pretenses, and (4) purported to evidence, and be evidence of, an indebtedness to the United States.

4.  18 U.S.C. §§1512(b)(1)(3) & (c)(1), Tampering with a witness; The Internal Revenue Service, and Agent Dennis Minor are fully aware of my Civil Action in U.S. District Court in Washington D.C., Case # 1: 06CV00838, which was filed 05/05/2006. Said case was brought for damages under the provisions of 26 U.S.C. §7433-1, and I am the Plaintiff / Witness in said action.
    See Exhibit: B

5.  a. 18 U.S.C. §2073 Making false and fictitious records; agents, officers, and or employees of the Internal Revenue Service, with intent to deceive, mislead, injure, and or defraud, made false and fictitious entries, and records of matters which did not occur; Notice of Levy made and issued by IRS Agent Dennis Minor, and bearing the name, address, and Social Security number assigned to Affiant, contained false and fictitious "Unpaid Balance(s) of Assessment(s)". Said Notice of Levy contained intentionally misleading instructions to the recipient, in that subtitle F, Chapter 64, Subchapter D Part II, § 6331 (a),

of Title 26 U.S.C. was deliberately omitted from the instructions cited on the reverse of said Notice of Levy. See Exhibit C

b.  Said Notice was received by Navy Federal Credit Union personnel, who then voluntarily aided and abetted Dennis Minor in perpetrating the embezzlement and misapplication of Affiant's property.  Affiant was injured as a direct result of the deception perpetrated by Dennis Minor's issuance of said false and fraudulent Notice. See Exhibit: D

6.   a.  18 U.S.C. §471 states in pertinent part: Whoever, with intent to defraud, falsely makes, forges, counterfeits, or alters any obligation or other security of the United States, shall be fined not more than $5000.00 or imprisoned not more than fifteen years, or both.

b.  Said Notice of Levy certainly qualifies as a  United States Security, as defined at Title 18 U.S.C. §8, in that said Notice of Levy purports to be 'evidence of indebtedness' to the United States.

c.  Said Notice of Levy falsely cites "Unpaid Balance(s) of Assessment(s)".

d.  Said Notice falsely cites events ('assessment(s)') which did not take place.

e.  Said Notice falsely cites indebtedness as "Unpaid Balance(s) of Assessment".
The aforementioned Notice of Levy qualifies as "Counterfeit United States Security" in that the maker, Dennis Minor made false statements of indebtedness to the United States, and mailed said instrument with the intent that said instrument be accepted as a genuine United States Security, and be enforced / collected upon as a genuine judgment or order.

7.   18 U.S.C. §471; Whoever, with intent to defraud, falsely makes, forges, counterfeits, or alters any obligation or other security of the United States, shall be fined not more than $5000.00 or imprisoned not more than fifteen years, or both.

Verified Criminal Complaint
Securities Fraud / Embezzlement, etc.
Page 3 of 6

## EMBEZZLEMENT BY
## AGENTS FOR NAVY FEDERAL CREDIT UNION

1   On May 26, 2006 Navy Federal Credit Union received an IRS Form 668-A(ICS), Notice of
    Levy from the Internal Revenue Service. Said Notice of Levy was executed and issued by
    Dennis Minor. See Exhibit A

2   Complainant served Actual and Constructive Notice to Navy Federal Credit Union and
    Agents thereof   on June 6, 2006. Said Notice evidenced the fraudulent claims cited in the
    subject Form 668-A(ICS). Navy Federal Credit and Agents thereof were Noticed as to the
    possible legal repercussions for fraudulently converting monies and or assets belonging to
    me.

3   Navy Federal Credit Union and Agents thereof were Noticed as to the many legal
    deficiencies in and of the subject Notice of Levy. See Exhibit E

4   Navy Federal Credit Union and Agents thereof were Noticed as to the fact that the subject
    Notice of Levy is not the result of Due Process, and not enforceable.

5   Navy Federal Credit Union and Agents thereof were Noticed as to the fact that Revenue
    Agent Dennis Minor was not authorized by law to execute and issue the subject IRS Form
    668-A(ICS).

6   Title 18 § 656; Theft, embezzlement, or misapplication by Bank Officer or Employee. On
    June 16, 2006, Agents for Navy Federal Credit Union, having knowledge by and through
    being Noticed, did willfully embezzle and unlawfully convert monies from the Affiant's
    account with said Credit Union. Agents for Navy Federal Credit Union were aware that
    Said monies, totaling $6,416.66 were not lawfully attached, and proceeded with malice
    aforethought. See Exhibit D

7   Title 18 § 657; Lending, Credit and Insurance Institutions. Agents for Navy Federal Credit
    Union, having knowledge by and through being Noticed, did embezzle and willfully
    misapply monies belonging to the Affiant which were held in Affiant's account with said
    Credit Union.  Agents for Navy Federal Credit Union were aware that Said monies, totaling
    $6,416.66 were not lawfully attached, and proceeded with malice aforethought.  See
    Exhibit D

8   Agents for Navy Federal Credit Union were entrusted with the Affiant's property, and
    failed to safeguard same, even after being explicitly Noticed as to the many deficiencies in
    and of Dennis Minor's un-authorized issuance.

9   Agents for Navy Federal Credit Union, despite having been served Notice and Demand,
    proceeded willfully, and with malice aforethought in the unlawful embezzlement and
    misapplication of the Complainant's property.

10  Demand was made upon Agents for Navy Federal Credit Union, wherein said Agents were
    explicitly directed to honor their fiduciary duties to the Complainant, abide by the Law, and
    to safeguard Complainant's property from loss and, or conversion.  Agents for Navy
    Federal Credit Union used their constructive possession of the Complainant's property
    unlawfully when said Agents embezzled and misapplied same. See Exhibit E

    Agents for Navy Federal Credit Union do not have a good faith defense for their actions.
Said Agents have been provided with the applicable Law and Regulatory Authorities. Despite
being provided with the aforesaid evidence as to the unlawful nature and many deficiencies of the
subject Notice of Levy, said Agents, having knowledge, willfully embezzled and misapplied a
considerable amount of the Complainant's property.

Further Affiant sayeth naught

Affiant: _____

Robert J. Welzel

STATE OF: _Tennessee_

COUNTY OF: _Fayette_

On this date: June 20 2006 AD, _____
appeared before me. He/she is personally known by me (or proved to me on the basis of
satisfactory evidence) to be the person whose name is the same in his/her authorized capacity and
that by his/her signature on the instrument the person or the entity upon behalf of which the
person acted, executed the instrument. WITNESS my hand and official seal.

Signature: _____ NOTARY PUBLIC

My Commission expires _____

My Commission Expires
2-25-09

SEAL:

Verified Criminal Complaint
Securities Fraud / Embezzlement, etc.
Page 6 of 6

Form **668-A(ICS)**
(Jan. 2003)

Department of the Treasury – Internal Revenue Service

## Notice of Levy

DATE: 05/15/2006

REPLY TO: **Internal Revenue Service**
**DENNIS MINOR**
**22 N FRONT STREET**
**MEMPHIS, TN 38103-2162**

TELEPHONE NUMBER
OF IRS OFFICE: **(901)544-3165**

NAME AND ADDRESS OF TAXPAYER:
**ROBERT J WELZEL**
**114 W GRAYCREST AVE**
**COLLIERVILLE, TN 38017-3568**

TO:    **NAVY FEDERAL CREDIT UNION**
**PO BOX 3601**
**MERRIFIELD, VA 22119-0001**

IDENTIFYING NUMBER(S):  **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**

**WELZ**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 14670.21 | 1841.32 | 16511.53 |
| 1040 | 12/31/2001 | 65867.52 | 7851.09 | 73718.61 |
| 1040 | 12/31/2002 | 67517.81 | 8045.27 | 75563.08 |
| 1040 | 12/31/2003 | 69361.99 | 6384.61 | 75746.60 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT.===================  ⇒

| Total Amount Due | 241539.82 |
|---|---|

We figured the interest and late payment penalty to  **06-14-2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us.** They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury**. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative<br>**/S/ DENNIS MINOR** | Title<br>**REVENUE OFFICER** |
|---|---|

Part 4 –    For Taxpayer

Catalog No. 35389E    www.irs.gov

Form **668-A(ICS)** (1-2003)

Exhibit A

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Robert J Welzel
Lisa L Welzel
114 W Graycrest Ave.
Collierville, TN 38017
901-861-4484

Case No. *1:06 CV 00 838*

        Plaintiff(s),

v.

United States Government

        Defendant.

**VERIFIED COMPLAINT, PETITION, AND CLAIM FOR DAMAGES
IN THE NATURE OF A COMPLAINT, PETITION, AND CLAIM
FOR DAMAGES UNDER THE AUTHORITY OF 26 U.S.C. § 7433[1]**

**I
INTRODUCTION**

1.    This Honorable Court has subject matter jurisdiction of these proceedings pursuant

to 26 U.S.C. §7433, and derives its rights pursuant to Article III of the Constitution

of the United States and Title 28 of the United States Code, as interpreted by

Nguyen v. United States, 539 U.S. 69 (2003), and by virtue of sufficient pleadings

clearly setting forth the right, title and claim of the plaintiff(s). Robert J Welzel, Lisa

---

[1] Pursuant to the terms of 26 USC 7433(a) plaintiff is instructed to sue the United States (Government), The Internal Revenue Service is not a party to this action, thus service upon the IRS is not required. This is not an action requesting declaratory judgement, refund of taxes under 26 USC 7422 or an action for injunctive relief. As set forth herein, this is an action for damages because the IRS disregarded and continues to disregard certain section of the IRS Code while engaged in collection activity regarding plaintiff(s).

Robert J Welzel v. United States.        page 1 of 29 pages        26 U.S.C. §7433 Complaint

        Exhibit B

Excerpts from the Internal Revenue Code

\* \* \* \* \* \* \* \* \* \* \* \* \*

### Sec. 6331. LEVY AND DISTRAINT.

(b) Seizure and Sale of Property.—The term "levy" as used in this title includes the power of distraint and seizure by any means. Except as otherwise provided in subsection (e), a levy shall extend only to property possessed and obligations existing at the time thereof. In any case in which the Secretary may levy upon property or rights to property, he may seize and sell such property or rights to property (whether real or personal, tangible or intangible).

(c) Successive Seizures.—Whenever any property or right to property upon which levy has been made by virtue of subsection (a) is not sufficient to satisfy the claim of the United States for which levy is made, the Secretary may, thereafter, and as often as may be necessary, proceed to levy in like manner upon any other property liable to levy of the person against whom such claim exists, until the amount due from him, together with all expenses, is fully paid.

### Sec. 6332. SURRENDER OF PROPERTY SUBJECT TO LEVY.

(a) Requirement.—Except as otherwise provided in this section, any person in possession of (or obligated with respect to) property or rights to property subject to levy upon which a levy has been made shall, upon demand of the Secretary, surrender such property or rights (or discharge such obligation) to the Secretary, except such part of the property or rights as is, at the time of such demand, subject to an attachment or execution under any judicial process.

(b) Special rule for Life Insurance and Endowment Contracts

(1) In general.—A levy on an organization with respect to a life insurance or endowment contract issued by such organization shall, without necessity for the surrender of the contract document, constitute a demand by the Secretary for payment of the amount described in paragraph (2) and the exercise of the right of any person against whom the tax is assessed to the advance of such amount. Such organization shall pay over such amount 90 days after service of notice of levy. Such notice shall include a certification by the Secretary that a copy of such notice has been mailed to the person against whom the tax is assessed at his last known address.

(2) Satisfaction of levy.—Such levy shall be deemed to be satisfied if such organization pays over to the Secretary the amount which the person against whom the tax is assessed could have had advanced to him by such organization on the date prescribed in paragraph (1) for the satisfaction of such levy, increased by the amount of any advance (including contractual interest thereon) made to such person on or after the date such organization had actual notice or knowledge (within the meaning of section 6323 (i)(1)) of the existence of the lien with respect to which such levy is made, other than an advance (including contractual interest thereon) made automatically to maintain such contract in force under an agreement entered into before such organization had such notice or knowledge.

(3) Enforcement proceedings.—The satisfaction of a levy under paragraph (2) shall be without prejudice to any civil action for the enforcement of any lien imposed by this title with respect to such contract.

(c) Special Rule for Banks.—Any bank (as defined in section 408(n)) shall surrender (subject to an attachment or execution under judicial process) any deposits (including interest thereon) in such bank only after 21 days after service of levy.

(d) Enforcement of Levy.

(1) Extent of personal liability.—Any person who fails or refuses to surrender any property or rights to property, subject to levy, upon demand by the Secretary, shall be liable in his own person and estate to the United States in a sum equal to the value of the property or rights not so surrendered, but not exceeding the amount of taxes for the collection of which such levy has been made, together with costs and interest on such sum at the underpayment rate established under section 6621 from the date of such levy (or, in the case of a levy described in section 6331 (d)(3), from the date such person would otherwise have been obligated to pay over such amounts to the taxpayer). Any amount (other than costs) recovered under this paragraph shall be credited against the tax liability for the collection of which such levy was made.

(2) Penalty for violation.—In addition to the personal liability imposed by paragraph (1), if any person required to surrender property or rights to property fails or refuses to surrender such property or rights to property without reasonable cause, such person shall be liable for a penalty equal to 50 percent of the amount recoverable under paragraph (1). No part of such penalty shall be credited against the tax liability for the collection of which such levy was made.

(e) Effect of honoring levy.—Any person in possession of (or obligated with respect to) property or rights to property subject to levy upon which a levy has been made who, upon demand by the Secretary, surrenders such property or rights to property (or discharges such obligation) to the Secretary (or who pays a liability under subsection (d)(1)), shall be discharged from any obligation or liability to the delinquent taxpayer and any other person with respect to such property or rights to property arising from such surrender or payment.

### Sec. 6333. PRODUCTION OF BOOKS.

If a levy has been made or is about to be made on any property, or right to property, any person having custody or control of any books or records, containing evidence or statements relating to the property or right to property subject to levy, shall, upon demand of the Secretary, exhibit such books or records to the Secretary.

### Sec. 6343. AUTHORITY TO RELEASE LEVY AND RETURN PROPERTY.

(a) Release of Levy and Notice of Release.—

(1) In general.—Under regulations prescribed by the Secretary, the Secretary shall release the levy upon all, or part of, the property or rights to property levied upon and shall promptly notify the person upon whom such levy was made (if any) that such levy has been released if—

(A) the liability for which such levy was made is satisfied or becomes unenforceable by reason of lapse of time,
(B) release of such levy will facilitate the collection of such liability,
(C) the taxpayer has entered into an agreement under section 6159 to satisfy such liability by means of installment payments, unless such agreement provides otherwise,
(D) the Secretary has determined that such levy is creating an economic hardship due to the financial condition of the taxpayer, or
(E) the fair market value of the property exceeds such liability and release of the levy on a part of such property could be made without hindering the collection of such liability.

For purposes of subparagraph (C), the Secretary is not required to release such levy if such release would jeopardize the secured creditor status of the Secretary.

(2) Expedited determination on certain business property.—In the case of any tangible personal property essential in carrying on the trade or business of the taxpayer, the Secretary shall provide for an expedited determination under paragraph (1) if levy on such tangible personal property would prevent the taxpayer from carrying on such trade or business.

(3) Subsequent levy.—The release of levy on any property under paragraph (1) shall not prevent any subsequent levy on such property.

(b) Return of Property.—If the Secretary determines that property has been wrongfully levied upon, it shall be lawful for the Secretary to return—
(1) the specific property levied upon,
(2) an amount of money equal to the amount of money levied upon, or
(3) an amount of money equal to the amount of money received by the United States from a sale of such property.

Property may be returned at any time. An amount equal to the amount of money levied upon or received from such sale may be returned at any time before the expiration of 9 months from the date of such levy. For purposes of paragraph (3), if property is declared purchased by the United States at a sale pursuant to section 6335(e) (relating to manner and conditions of sale), the United States shall be treated as having received an amount of money equal to the minimum price determined pursuant to such section or (if larger) the amount received by the United States from the resale of such property.

(d) Return of Property in Certain Cases.—
If—
(1) any property has been levied upon, and
(2) the Secretary determines that—
(A) the levy on such property was premature or otherwise not in accordance with administrative procedures of the Secretary,
(B) the taxpayer has entered into an agreement under section 6159 to satisfy the tax liability for which the levy was imposed by means of installment payments, unless such agreement provides otherwise,
(C) the return of such property will facilitate the collection of the tax liability, or
(D) with the consent of the taxpayer or the National Taxpayer Advocate, the return of such property would be in the best interests of the taxpayer (as determined by the National Taxpayer Advocate) and the United States,

the provisions of subsection (b) shall apply in the same manner as if such property had been wrongly levied upon, except that no interest shall be allowed under subsection (c).

\* \* \* \* \* \* \* \* \* \* \*

### Applicable Sections of Internal Revenue Code

**6321.** LIEN FOR TAXES.
**6322.** PERIOD OF LIEN.
**6325.** RELEASE OF LIEN OR DISCHARGE OF PROPERTY.
**6331.** LEVY AND DISTRAINT.
**6332.** SURRENDER OF PROPERTY SUBJECT TO LEVY.
**6333.** PRODUCTION OF BOOKS.
**6334.** PROPERTY EXEMPT FROM LEVY.
**6343.** AUTHORITY TO RELEASE LEVY AND RETURN PROPERTY.
**7426.** CIVIL ACTIONS BY PERSONS OTHER THAN TAXPAYERS.
**7429.** REVIEW OF JEOPARDY LEVY OR ASSESSMENT PROCEDURES.

For more information about this notice, please call the phone number on the front of this form.



**NAVY FEDERAL CREDIT UNION.**

P.O Box 2464
Merrifield, VA 22116-2464

ROBERT J WELZEL
114 W GRAYCREST AVE
COLLIERVILLE, TN 38017-3568

Date
05/30/2006

We are promptly notifying you that Navy Federal has received a levy in the amount of $241539.82, which requires us by law to attach all available funds in your account(s) you have with Navy Federal, up to the total balance due. This legal document was received on 5/26/2006 and is only good for the funds in your account(s) on the day it was received. Any funds deposited after that date are available for your use. You will need to contact the IRS at 901-544-3165 to seek prompt resolution to this matter. Navy Federal cannot intervene in this matter on your behalf. Any outstanding Sharechecks written will be returned "Refer to Maker" unless sufficient funds are available. In compliance with this legal document a check for $6,416.66 will be forwarded to the IRS on 6/16/2006.

Questions concerning your Navy Federal account(s) may be directed to me at 1-888-503-7105, extension 44720.

Sincerely,

*Alisha Baum*

Alisha Baum
Security Branch

Exhibit D

# NOTICE

Robert J. Welzel
c/o 114 W. Graycrest Ave.
Collierville, Tennessee
June 5th, 2006

Steve Smith, Register
Haywood County
Rec #: 42734
Rec'd:        40.00      Instrument #: 5644
State:         0.00          Recorded
Clerk:         0.00      6/5/2006 at 3:24 PM
EDP:           2.00        In Record Book
Total:        42.00            23
                              Pgs 638-64!

Adrienne Garrison
&
Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180

FedEx Tracking No. 7904 5283 0294

Re: Notice of Levy

Adrienne Garrison, agent for Navy Federal Credit Union, & Navy Federal Credit Union, hereinafter; Navy Federal:

It has come to my attention that the IRS has issued a Notice of Levy to Navy Federal. Said Notice instructs Navy Federal to divert (convert) monies belonging to, or owed Robert J. Welzel to the IRS. The purpose and intent of this letter is to address the criminal and civil liabilities which you, Adrienne Garrison and Navy Federal will be subject to if you choose to divert/convert any monies or assets of mine to any third party. The execution, issuance, and receipt of this Notice, constitute Actual and Constructive Notice.

All monies/assets belonging to, or owed Robert J. Welzel already converted by you/your agency must be refunded to me by Navy Federal within thirty days of receipt of this Notice.

Adrienne Garrison and Navy Federal are hereby put on Notice that any conversion or diversion of monies owed to, or belonging to Robert J. Welzel will not be tolerated. Ignorance of the Law on the part of Adrienne Garrison, Navy Federal and, or Counsel for Navy Federal, is no excuse. I will seek to prosecute immediately and to the fullest extent of the Law. The IRS is attempting to deceive Navy Federal and Agents thereof. Such deception appears to be with the intent to suborn the commission crimes. As a good faith gesture, I am providing you with copies of letters from two U.S. Congressmen wherein the subject of this very style of deception and subornation of crimes is addressed and clarified. Also included in this mailing you will find copies of U.S. Code, Title 26, Subtitle F, Chapter 64, Subchapter D Part II, Sections 6331(a) and 6332 (c)

Please read paragraph (c) carefully to see whether or not you should divert (convert) my property. Pay particular attention to the parenthetical condition "**subject to an attachment or execution under judicial process**".

These enclosures have been provided to you as a good faith gesture. However, if you choose to ignore the Law, I will forward a formal Criminal Complaint to Attorney General Alberto Gonzales detailing your perpetration of Fraudulent Conversion.

The crime of Fraudulent Conversion is a felony punishable by prison time, fines, and restitution. This Notice, which has been made a part of the Public Record, will be used as evidence against you and Navy Federal in both the criminal prosecution and the civil actions to show that you and Navy Federal proceeded with malice aforethought and complete disregard for the Law.

Authority to Levy by distraint rests in Title 26 USC §6331(**a**). Paragraph (a), of course is suspiciously missing from the instructions by IRS. Legal presumption of lawful authority of IRC 6331 by the IRS, as applied to me, is hereby refuted and rebutted.

I suggest you direct your attention to the CFR index. There, you will find that the implementing regulation for Title 26 §§6201, 6321, 6331, & 6332 is Title 27 Part 70, which is a regulation applicable only to the Bureau of Alcohol, Tobacco, and Firearms. The BATF collects stamp taxes, which is the species of tax applicable to cotton and distilled spirits. According to CFR 1 §21.21 each agency shall publish its own regulations, and may not cross-reference to another agency unless it meets the exceptions as published in the Federal Register. See Exhibit: ~ Parallel Table of Authorities.

Consequently, since there exists no statutory regulation for the Internal Revenue Service to Levy by distraint, and Navy Federal and Agents thereof have been Noticed to that effect, any conversion undertaken by Navy Federal and, or Agents thereof would be with malice aforethought. If you, Adrienne Garrison, Navy Federal, or agents thereof choose to divert / convert any part of any assets owned by me, or owed to me, you do so at your own legal peril.

In the civil trial you, Adrienne Garrison would be subpoenaed duces tecum. Subpoena *duces tecum* means you will be required by the Court to bring certain documents with you. The following is only a partial list of documents that you will be required to produce in Court:

Please read the following list carefully.

1. A valid judgment, from a Court of lawful jurisdiction, wherein I have been found by said Court to owe a monetary sum.   (See U.S. Code, Title 26, Subtitle F, Chapter 64, Subchapter D Part II, Section 6332 (c)).

2. A valid writ of execution, signed by a Court Clerk, and referencing said valid Court Judgment wherein said Court ruled against me and ordered me to pay a monetary sum. (See U.S. Code, Title 26, Subtitle F, Chapter 64, Subchapter D Part II, Section 6332 (c)).

3. A valid Proof of Service certificate, signed by a duly appointed and sworn Law Enforcement Officer, citing the time, date, and location where said Court Ordered Writ of Execution was served upon you, Adrienne Garrison, Navy Federal, or an agent thereof.

Damages awarded in Civil Court for cases of Fraudulent Conversion can exceed 4 times for Compensatory Damages, and 200 times for Punitive Damages. See:

CLEOPATRA  HASLIP et al.
V.
PACIFIC MUTUAL LIFE  INSURANCE, INC.
499 U.S.1, 113 Fed 2d 1, 111 sct. 1032 (no. 89-1279)

In the case notes of the aforementioned case, it was explained to the jury that "This amount of money is awarded to the plaintiff but it is not to compensate the plaintiff for any injury. It is to punish the defendant. Punitive means to punish or it is also called exemplary damages, which means to make an example. So…if you are reasonably satisfied from the evidence that the plaintiff has a fraud perpetrated upon them and as a direct result they were injured and in addition to compensatory damages you may at your discretion award punitive damages."

Defending against criminal charges of Fraudulent Conversion will be even more demanding, and the punishment much more severe. Felonies such as Fraudulent Conversion carry heavy penalties.

In the event monies and, or assets of mine are converted absent a Court order, I will seek the prosecution of Adrienne Garrison immediately, and to the fullest extent of the Law. A civil action will also be initiated against you and Navy Federal.

Thank you in advance for your prompt attention to this matter.

By: _____
       Robert J. Welzel
       All rights reserved

<u>NOTE</u>: THIS DOCUMENT WILL BE MADE PART OF THE PUBLIC RECORD UNDER RULE 902 (4), (8) OF THE FEDERAL RULES OF EVIDENCE AND WILL BE USED TO ESTABLISH AN ADMINISTRATIVE RECORD WHICH WILL BE PROVIDED AS EVIDENCE IN ANY JUDICIAL PROCEEDINGS AT LAW OR EQUITY REGARDING THIS MATTER.

STATE OF: _____Tennessee_____

COUNTY OF: _____Shelby_____

On this date: _June 4_ 2006 AD, _Robert J Welzel_ appeared before me. He/she is personally known by me (or proved to me on the basis of satisfactory evidence) to be the person who  executed the instrument. WITNESS my hand and official seal.

Signature: _____Shelly Parker_____
My Commission expires: _11 / 7 / 2006_ _____ NOTARY PUBLIC

SEAL:

TITLE 26 > Subtitle F > CHAPTER 64 > Subchapter D > PART II > § 6332 Prev | Next

§ 6332. Surrender of property subject to levy

Release date: 2005-08-31
*****

(c) Special rule for banks Any bank (as defined in section 408 (n)) shall surrender **(subject to an attachment or execution under judicial process)** any deposits (including interest thereon) in such bank only after 21 days after service of levy.

### Regarding a "Notice of Levy"

Anyone whose employer is sent a "Form 668-W Notice of Levy on Wages, Salaries, and Other Income", a standard tactic used to co-opt third parties into doing for the IRS what it can't do for itself, (and entirely at that third party's risk, by the way), will take great interest in noting that the IRC excerpts thoughtfully provided on the back of the form, from section 6331 of the code, leave out the first paragraph of that section, paragraph (a), and begin with paragraph (b). The missing section is as follows (with emphasis added):

### SECTION 6331. Levy and distraint.

*(a) Authority of Secretary--If any person liable to pay any tax neglects or refuses to pay the same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax (and further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under section 6334) belonging to such person or on which there is a lien provided in this chapter for the payment of such tax.* **Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia,** *by serving a notice of levy on the employer* **(as defined in section 3401(d))** *of such officer, employee, or elected official. If the Secretary makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful without regard to the 10-day period provided in this section.*

  Lacking this paragraph, any business receiving one of these invitations to conspiracy might not realize that they are taking responsibility for establishing that the proposed target of the "notice of levy" is both a covered person subject to this statutory protocol, as defined in paragraph (a) above; and is liable to pay a tax. (A mere declaration that someone owes money has no legal standing, and particularly not in the face of that someone's disagreement). Acting in error on these points creates several serious legal liabilities of both a criminal and civil nature for the company, and agents thereof.

E. CLAY SHAW, JR.
22ND DISTRICT, FLORIDA
___
COMMITTEE:
WAYS AND MEANS
SUBCOMMITTEES:
CHAIRMAN
TRADE
___
SOCIAL SECURITY
OVERSIGHT
___
CHAIRMAN
FLORIDA CONGRESSIONAL DELEGATION



# Congress of the United States
## House of Representatives
### Washington, DC 20515—0922
January 24, 2005

1236 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3026

DISTRICT OFFICES
BROWARD COUNTY
1512 EAST BROWARD BOULEVARD
SUITE 101
FORT LAUDERDALE, FL 33301
(954) 522-1800

PALM BEACH COUNTY
222 LAKEVIEW AVENUE, #225
WEST PALM BEACH, FL 33401
(561) 832-3007

WEB SITE
www.house.gov/shaw

Mr. Gary A. Fennell
~~████████████████~~
Boca Raton, Florida 33431-5926

Dear Mr. Fennell:

Thank you for contacting me with a question regarding your troubles with the Internal Revenue Service (IRS). While responding as best I can, please understand that I am not giving any legal advice. I would strongly advise you to seek counsel on this matter.

U.S. Code, Title 26, Subtitle F, Chapter 64, Subchapter D Part II, Section 6331 (a) states:

If any person liable to pay any tax neglects or refuses to pay the same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax (and such further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under section 6334) belonging to such person or on which there is a lien provided in this chapter for the payment of such tax. Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official. If the Secretary makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful without regard to the 10-day period provided in this section.

This particular provision does not appear to extend to private sector employees. If a form was given to an employer that omitted section (a), this form could be considered misleading.

I hope that this is helpful to you. Again you may wish to seek help from an attorney or tax professional.

Sincerely,

E. Clay Shaw, Jr.
Member of Congress

ECS:cd

COMMITEES:

ARMED SERVICES

MERCHANT MARINE AND
FISHERIES

SELECT COMMITTEE ON
AGING



**DENNIS M. HERTEL**
14TH DISTRICT, MICHIGAN

DISTRICT OFFICE:
28221 MOUND ROAD
WARREN, MICHIGAN 48001
(313) 574-9420

DISTRICT OFFICE:
18927 KELLY ROAD
DETROIT, MICHIGAN 48224
(313) 526-5900

218 CANNON OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-6276

## Congress of the United States
## House of Representatives
### Washington, DC 20515

December 30, 1985

Regarding your recent contact with my office on the difficulties you are experiencing with the Internal Revenue Service, it is the policy of our office not to give legal advice and suggest that you seek counsel with tax expertise.

We can address your specific question relative to IRS Form 668-W, Notice of Levy on Wages…Section 6331 IRC entitled "Levy and Distraint" and Section 6331 (a) IRC entitled "Authority of Secretary", "…Levy may be made upon the accrued salary or wages of any officer, employee or elected official of the United States, District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving notice of levy on the employee of such officer, employee or elected official…", <u>does not provide authority to levy wages of private citizens in the private sector.</u>

<u>The omission of this section from IRS form 668-W may be misleading to some employers, as you have suggested.</u>

I hope that you will find this information useful and regret that I am unable to provide you with more assistance.

Please feel free to contact me again if you have questions or comments regarding your federal government.

Sincerely,

DENNIS M. HERTEL

Member of Congress

DMH/hjf

Exhibit E, Page 7 of 8

PARALELL TABLE OF AUTHORITIES

| Title 26 | Description | Enforcement Regulation In |
|----------|-------------|---------------------------|
| 6020 | Returns Prepared by the Secretary | 27 CFR Parts 53, 70 |
| 6201 | Assessment Authority | 27 CFR Part 70 |
| 6203 | Method of Assessment | 27 CFR Part 70 |
| 6212 | Notice of Deficiency | NO REGULATION |
| 6213 | Restrictions Applicable to Deficiencies; Petition to Tax Court | NO REGULATION |
| 6214 | Determinations by Tax Court | NO REGULATION |
| 6215 | Assessment of Deficiency Found by Tax Court | NO REGULATION |
| 6301 | Collection Authority | 27 CFR Parts 70, 24, 25, 250, 270, 275 |
| 6303 | Notice and Demand for Tax | 27 CFR Part 70 |
| 6321 | Liens for Taxes | 27 CFR Part 70 |
| **6331-43** | **Levy and Distraint** | **27 CFR Part 70** |
| 6601-02 | Interest on Underpayments | 27 CFR Parts 70, 170 |
| 6651 | Failure to File Tax Return or Pay Tax | 27 CFR Parts 70, 24, 25, 194 |
| 6671 | Penalty Assessed as Tax, Person Defined | 27 CFR Part 70 |
| 6672 | Failure to Collect and Pay Over Tax | 27 CFR Part 70 |
| 6701 | Penalties for Understatement of Tax | 27 CFR Part 70 |
| 6902 | Provisions of Special Application to Transferees | NO REGULATION |
| 7201 | Attempt to Evade or Defeat Tax | NO REGULATION |
| 7203 | Willful Failure to File Return, Supply Information or Pay Tax | NO REGULATION |
| 7207 | Fraudulent Returns | 27 CFR Part 70 |
| 7212 | Interference with Administration of Internal Revenue Laws | 27 CFR Parts 170, 270, 275, 285, 290, 295, 296 |
| 7342 | Penalty for Refusal to Permit Entry or Examination | 27 CFR Parts 24, 25, 170, 270, 275, 285, 290, 295, 296 |
| 7343 | Definition of Term "Person" | NO REGULATION |
| 7344 | Extended Application of Penalties Relating to Officers of the Treasury Dept. | NO REGULATION |
| 7401 | Judicial Proceedings Authorization | 27 CFR Part 70 |
| 7402 | Court's Jurisdiction to Enforce Summons | NO REGULATION |
| 7403 | Judicial Action to Enforce Lien | 27 CFR Part 70 |
| 7454 | Burden of Proof in Fraud, Foundation Manager, and Transferee Cases | NO REGULATION |
| 7601 | Canvass of District for Taxable Persons | 27 CFR Part 70 |
| 7602 | Examination of Books and Witnesses | 27 CFR Parts 70, 170, 296 |
| 7603 | Service of Summons | 27 CFR Part 70 |
| 7604 | Enforcement of Summons | 27 CFR Part 70 |
| 7605 | Time and Place for Examination | 27 CFR Part 70 |
| 7608 | Authority of Internal Revenue Enforcement Officers | 27 CFR Parts 70, 170, 296 |

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530 – 0001

Office of the Attorney General
L. E. and Special Prosecution Division
P. O. Box 20207
Nashville, TN  37202-0207

FedEx Tracking #: 7921 3074 1439

Certified Mail: 7006 0100 0006 7138 5736

Robert J. Welzel
c/o 114 W. Graycrest Ave.
Collierville, Tennessee
June 16th, 2006

Re: NOTICE of **Counterfeit United States Securities, Embezzlement, Securities Fraud,**
**Non-Payment for Services Rendered;**

Mr. Attorney General,

    This Verified Complaint and Notice is being forwarded pursuant to the provisions set forth in
Title 18 U.S.C. §4, and comes to you / your office in Affidavit form.

......................................................................................................................................................

## AFFIDAVIT OF COMPLAINT

## VIOLATIONS OF TITLE 18 U.S.C.

## COMMITTED BY

### Dennis Minor, IRS Employee # 62-11310

1    18 U.S.C. §1018, Official certificates or writings: IRS Agent Dennis Minor knowingly
made and delivered (via USPS) as true, an Official Certificate of the United States or an
Agency thereof. Revenue Agent Dennis Minor made, executed, and delivered to FedEx
Express a Notice of Levy; Form 668-W(ICS), which contained statements he knew to be
false. Said Notice of Levy cites "Unpaid Balance(s) of Assessment(s)". Dennis Minor
knows, or should know that IRS has never made an assessment in regard to me, Robert J.
Welzel. See Exhibit: A

    This act, committed by Agent Dennis Minor in his capacity as Revenue Agent, constitutes
a crime against the United States.

2. 18 U.S.C. §1001, Knowingly and willfully making false, fictitious, or fraudulent statements or representations, or making or using any false writing or document knowing same to contain any false, fictitious or fraudulent statement or entry. The Notice of Levy made, executed, and delivered by Dennis Minor cites "Unpaid Balance(s) of Assessment(s)". See Exhibit A

   IRS admits, through their failure to produce the requisite documentation, that the Internal Revenue Service has never made an assessment in regard to me, Robert J. Welzel. Agent Dennis Minor's actions in this instance constitute crimes against the United States.

3. 18 U.S.C. §1341, Mail Fraud: Agent Minor engaged in criminal use of the mails to deliver Notice of Levy which contained false and fraudulent information. Agent Minor's Notice of Levy made, executed, and delivered (via USPS), (1) contains false and fraudulent information, (2) was designed to deceive the recipient, (3) was devised to defraud under false and fraudulent pretenses, and (4) purported to evidence, and be evidence of, an indebtedness to the United States.

4. 18 U.S.C. §§1512(b)(1)(3) & (c)(1), Tampering with a witness; The Internal Revenue Service, and Agent Dennis Minor are fully aware of my Civil Action in U.S. District Court in Washington D.C., Case # 1: 06CV00838, which was filed 05/05/2006. Said case was brought for damages under the provisions of 26 U.S.C. §7433-1, and I am the Plaintiff / Witness in said action.
   See Exhibit: B

5. a. 18 U.S.C. §2073 Making false and fictitious records; agents, officers, and or employees of the Internal Revenue Service, with intent to deceive, mislead, injure, and or defraud, made false and fictitious entries, and records of matters which did not occur; Notice of Levy made and issued by IRS Agent Dennis Minor, and bearing the name, address, and Social Security number assigned to Affiant, contained false and fictitious "Unpaid Balance(s) of Assessment(s)". Said Notice of Levy contained intentionally misleading instructions to the recipient, in that subtitle F, Chapter 64, Subchapter D Part II, § 6331 (a),

of Title 26 U.S.C. was deliberately omitted from the instructions cited on the reverse of said Notice of Levy. See Exhibit C

b.   Said Notice was received by FedEx Express personnel, who were either deceived by said intentionally misleading instructions, or voluntarily aided and abetted Dennis Minor in perpetrating the embezzlement.  Affiant was injured as a direct result of the deception perpetrated by Dennis Minor's issuance of said false and fraudulent Notice. See Exhibit: D

6.   a.  18 U.S.C. §471 states in pertinent part: Whoever, with intent to defraud, falsely makes, forges, counterfeits, or alters any obligation or other security of the United States, shall be fined not more than $5000.00 or imprisoned not more than fifteen years, or both.

b.   Said Notice of Levy certainly qualifies as a  United States Security, as defined at Title 18 U.S.C. §8, in that said Notice of Levy purports to be 'evidence of indebtedness' to the United States.

c.   Said Notice of Levy falsely cites "Unpaid Balance(s) of Assessment(s)".

d.   Said Notice falsely cites events ('assessment(s)') which did not take place.

e.   Said Notice falsely cites indebtedness as "Unpaid Balance(s) of Assessment".
The aforementioned Notice of Levy qualifies as "Counterfeit United States Security" in that the maker, Dennis Minor made false statements of indebtedness to the United States, and mailed said instrument with the intent that said instrument be accepted as a genuine United States Security, and be enforced / collected upon as a genuine judgment or order.

7.   18 U.S.C. §471; Whoever, with intent to defraud, <u>falsely makes</u>, forges, counterfeits, or alters <u>any obligation or other security of the United States</u>, shall be fined not more than $5000.00 or imprisoned not more than fifteen years, or both.

## EMBEZZLEMENT BY
## AGENTS FOR FEDEX EXPRESS

1. On or about June 8, 2006 FedEx Express received an IRS Form 668-W(ICS), Notice of Levy from the Internal Revenue Service. Said Notice of Levy was executed and issued by Dennis Minor. See Exhibit A

2. Complainant served Actual and Constructive Notice to FedEx Express and Agents thereof on June 6, 2006. Said Notice evidenced the fraudulent claims cited in the subject Form 668-W(ICS). FedEx Express and Agents thereof were Noticed as to the possible legal repercussions for fraudulently converting monies and or assets belonging to me.

3  FedEx Express and Agents thereof were Noticed as to the many legal deficiencies in and of the subject Notice of Levy. See Exhibit E

4  FedEx Express and Agents thereof were Noticed as to the fact that the subject Notice of Levy is not the result of Due Process.

5  FedEx Express and Agents thereof were Noted as to the fact that Revenue Agent Dennis Minor was not authorized by law to execute and issue the subject IRS Form 668-W(ICS).

6  On June 15, 2006, Agents for FedEx Express, who had knowledge by and through being Noticed, did fail and, or refuse to pay Complainant for services rendered.  See Exhibit D

7  Agents for FedEx Express violated their position of trust by unlawfully converting / embezzling property of considerable value belonging to the Complainant.

8  Agents for FedEx Express were entrusted with the Complainant's property, and failed to safeguard same, even after being explicitly Noticed as to the many deficiencies in and of Dennis Minor's un-authorized issuance.

9    Agents for FedEx Express, despite having been served Notice and Demand, proceeded with
     malice aforethought in the unlawful conversion / embezzlement of the Complainant's
     property.

10   Agents for FedEx Express abused their constructive possession and control over
     Complainant's property.

11   Demand was made upon Agents for FedEx Express, wherein said Agents were explicitly
     directed to honor their fiduciary duties to the Complainant, and to safeguard Complainant's
     property from loss and, or conversion.  See Exhibit E


     Agents for FedEx Express do not have a good faith defense for the actions. Said Agents
have been provided with the applicable Law and Regulatory Authorities. Despite being provided
with the aforesaid evidence as to the unlawful nature and many deficiencies of the subject Notice
of Levy, said Agents unlawfully converted a considerable amount of the Complainant's property.


     Further Affiant sayeth naught

Affiant: _____

     Robert J. Welzel


STATE OF: Tennessee

COUNTY OF: Shelby


     On this date June 20 2006 AD, _____
appeared before me. He/she is personally known by me (or proved to me on the basis of
satisfactory evidence) to be the person whose name is the same in his/her authorized capacity and
that by his/her signature on the instrument the person or the entity upon behalf of which the
person acted, executed the instrument. WITNESS my hand and official seal.

Signature: _____ Holland _____ NOTARY PUBLIC

My Commission Expires _____ My Commission Expires _____
                                         2-25-09                SEAL:

Verified Criminal Complaint
Securities Fraud / Embezzlement, etc.
Page 5 of 5

# EXHIBT LIST
## FOR
## VERIFIED CRIMINAL COMPLAINT

Exhibit A   Counterfeit United States Security made, executed, and mailed by Dennis Minor

Exhibit B   Copy of excerpted page #1 of Complainant's Civil Suit in USDC

Exhibit C   Evidence of intentionally misleading instructions; Copy of back of Form 668-W(ICS)

Exhibit D   Evidence of Non-Payment for Services Rendered; Copy of FedEx Express pay record

Exhibit E   Copy of Notice and Demand served upon FedEx Express on June 6, 2006

EXHIBIT LIST
Verified Criminal Complaint
Securities Fraud / Embezzlement, etc.

| Form 668-W(ICS) | Department of the Treasury – Internal Revenue Service |
|---|---|
| (Jan. 2003) | **Notice of Levy on Wages, Salary, and Other Income** |

DATE: **05/15/2006**

REPLY TO: **Internal Revenue Service**
**DENNIS MINOR**
**22 N FRONT STREET**
**MEMPHIS, TN 38103-2162**

TELEPHONE NUMBER
OF IRS OFFICE: **(901)544-3165**

NAME AND ADDRESS OF TAXPAYER:
**ROBERT J WELZEL**
**114 W GRAYCREST AVE**
**COLLIERVILLE, TN 38017-3568**

TO: **FEDEX EXPRESS**
**2007 CORPORATE AVE -5TH FLOOR**
**MEMPHIS, TN 38132-1702**

IDENTIFYING NUMBER(S): **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**

**WELZ**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 14670.21 | 1841.32 | 16511.53 |
| 1040 | 12/31/2001 | 65867.52 | 7851.09 | 73718.61 |
| 1040 | 12/31/2002 | 67517.81 | 8045.27 | 75563.08 |
| 1040 | 12/31/2003 | 69361.99 | 6384.61 | 75746.60 |
| | | | Total Amount Due ⇒ | 241539.82 |

We figured the interest and late payment penalty to **06-14-2006**

Although we asked you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect the unpaid amount. We will send other levies if we don't get sufficient funds to pay the total amount you owe.

This levy requires the person who received it to turn over to us: your wages and salary that have been earned but not paid, as well as wages and salary earned in the future until the levy is released; and (2) your other income that the person has now or is obligated to pay you. This money is levied to the extent it isn't exempt, as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (*cash, cashier's check, or money order*) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time for us to call you.

**Please see the back of Part 5 for instructions.**

| Signature of Service Representative | Title |
|---|---|
| **/S/ DENNIS MINOR** | **REVENUE OFFICER** |

| Part 2 – | For Taxpayer | Catalog No. 35390F | www.irs.gov | Form **668-W(ICS)** (1-2003) |

Exhibit A

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Robert J Welzel
Lisa L Welzel                                    Case No. 1:06 CV 00 838
114 W Graycrest Ave.
Collierville, TN 38017
901-861-4484

        Plaintiff(s),

v.

United States Government

        Defendant.

## VERIFIED COMPLAINT, PETITION, AND CLAIM FOR DAMAGES IN THE NATURE OF A COMPLAINT, PETITION, AND CLAIM FOR DAMAGES UNDER THE AUTHORITY OF 26 U.S.C. § 7433[1]

## I
## INTRODUCTION

1.     This Honorable Court has subject matter jurisdiction of these proceedings pursuant

to 26 U.S.C. §7433, and derives its rights pursuant to Article III of the Constitution

of the United States and Title 28 of the United States Code, as interpreted by

Nguyen v. United States, 539 U.S. 69 (2003), and by virtue of sufficient pleadings

clearly setting forth the right, title and claim of the plaintiff(s). Robert J Welzel, Lisa

---

[1] Pursuant to the terms of 26 USC 7433(a) plaintiff is instructed to sue the United States (Government), The Internal Revenue Service is not a party to this action, thus service upon the IRS is not required. This is not an action requesting declaratory judgement, refund of taxes under 26 USC 7422 or an action for injunctive relief. As set forth herein, this is an action for damages because the IRS disregarded and continues to disregard certain section of the IRS Code while engaged in collection activity regarding plaintiff(s).

Robert J Welzel v. United States.        page 1 of 29 pages        26 U.S.C. §7433 Complaint

Exhibit B

## Sec. 6331. LEVY AND DISTRAINT.

(b) **Seizure and Sale of Property.**—The term "levy" as used in this title includes the power of distraint and seizure by any means. Except as otherwise provided in subsection (e), a levy shall extend only to property possessed and obligations existing at the time thereof. In any case in which the Secretary may levy upon property or rights to property, he may seize and sell such property or rights to property (whether real or personal, tangible or intangible).

(c) **Successive Seizures.**—Whenever any property or right to property upon which levy has been made by virtue of subsection (a) is not sufficient to satisfy the claim of the United States for which levy is made, the Secretary may, thereafter, and as often as may be necessary, proceed to levy in like manner upon any other property liable to levy of the person against whom such claim exists, until the amount due from him, together with all expenses, is fully paid.

(e) **Continuing Levy on Salary and Wages.**—The effect of a levy on salary or wages payable to or received by a taxpayer shall be continuous from the date such levy is first made until such levy is released under Section 6343.

## Sec. 6332. SURRENDER OF PROPERTY SUBJECT TO LEVY.

(a) **Requirement.**—Except as otherwise provided in this section, any person in possession of (or obligated with respect to) property or rights to property subject to levy upon which a levy has been made shall, upon demand of the Secretary, surrender such property or rights (or discharge such obligation) to the Secretary, except such part of the property or rights as, is at the time of such demand, subject to an attachment or execution under any judicial process.

(d) **Enforcement of Levy.**

(1) **Extent of personal liability.**—Any person who fails or refuses to surrender any property or rights to property, subject to levy, upon demand by the Secretary, shall be liable in his own person and estate to the United States in a sum equal to the value of the property or rights not so surrendered, but not exceeding the amount of taxes for the collection of which such levy has been made, together with costs and interest on such sum at the underpayment rate established under Section 6621 from the date of such levy (or, in the case of a levy described in Section 6331 (d)(3), from the date such person would otherwise have been obligated to pay over such amounts to the taxpayer). Any amount (other than costs) recovered under this paragraph shall be credited against the tax liability for the collection of which such levy was made.

(2) **Penalty for violation.**—In addition to the personal liability imposed by paragraph (1), if any person required to surrender property or rights to property fails or refuses to surrender such property or rights to property without reasonable cause, such person shall be liable for a penalty equal to 50 percent of the amount recoverable under paragraph (1). No part of such penalty shall be credited against the tax liability for the collection of which such levy was made.

(e) **Effect of honoring levy.**—Any person in possession of (or obligated with respect to) property or rights to property subject to levy upon which a levy has been made who, upon demand by the Secretary, surrenders such property or rights to property (or discharges such obligation) to the Secretary (or who pays a liability under subsection (d)(1)), shall be discharged from any obligation or liability to the delinquent taxpayer and any other person with respect to such property or rights to property arising from such surrender or payment.

## Sec. 6333. PRODUCTION OF BOOKS.

If a levy has been made or is about to be made on any property, or right to property, any person having custody or control of any books or records, containing evidence or statements relating to the property or right to property subject to levy, shall, upon demand of the Secretary, exhibit such books or records to the Secretary.

## Sec. 6334. PROPERTY EXEMPT FROM LEVY.

(a) **Enumeration.**—There shall be exempt from levy

(4) **Unemployment benefits.**—Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

(6) **Certain annuity and pension payments.**—Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 562), and annuities based on retired or retainer pay under chapter 73 of title 10 of the United States Code.

(7) **Workmen's compensation.**—Any amount payable to an individual as workmen's compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

(8) **Judgments for support of minor children.**—If the taxpayer is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

(9) **Minimum exemption for wages, salary and other income.**—Any amount payable to or received by an individual as wages or salary for personal services, as income derived from other sources, during any period, to the extent that the total of such amounts payable to or received by him during such period does not exceed the applicable exempt amount determined under subsection (d).

(10) **Certain service-connected disability payments.**—Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of title 38, United States Code) disability benefit under—
(A) subchapter II, III, IV, V, or VI of chapter 11 of such title 38, or
(B) Chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such title 38.

(11) **Certain public assistance payments.**—Any amount payable to an individual as a recipient of public assistance under—
(A) title IV or title XVI (relating to supplemental security income for the aged,

blind, and disabled) of the Social Security Act, or
(B) State or local government public assistance or public welfare programs for which eligibility is determined by a needs or income test.

(12) **Assistance Under Job Training Partnership Act.**— Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

(d) **Exempt Amount of Wages, Salary, or Other Income.—**

(1) **Individuals on weekly basis.**— In the case of an individual who is paid or receives all of his wages, salary, and other income on a weekly basis, the amount of the wages, salary, and other income payable to or received by him during any week which is exempt from levy under subsection (a) (9) shall be the exempt amount.

(2) **Exempt Amount.**– For purposes of paragraph (1), the term "exempt amount" means an amount equal to—
(A) the sum of–
(i) the standard deduction, and
(ii) the aggregate amount of the deductions for personal exemptions allowed the taxpayer under section 151 in the taxable year in which such levy occurs divided by
(B) 52.
Unless the taxpayer submits to the Secretary a written and properly verified statement specifying the facts necessary to determine the proper amount under subparagraph (A), subparagraph (A) shall be applied as if the taxpayer were a married individual filing a separate return with only 1 personal exemption.

(3) **Individuals on basis other than weekly.**– In the case of any individual not described in paragraph (1), the amount of wages, salary, and other income payable to or received by him during any applicable pay period or other fiscal period (as determined under regulations prescribed by the Secretary) which is exempt from levy under subsection (a) (9) shall be an amount (determined under such regulations) which as nearly as possible will result in the same total exemption from levy for such individual over a period of time as he would have under paragraph (1) if (during such period of time) he were paid or received such wages, salary and other income on a regular weekly basis.

## Sec. 6343. AUTHORITY TO RELEASE LEVY AND RETURN PROPERTY.

(a) Release of Levy and Notice of Release.–

(1) **In General.**–Under regulations prescribed by the Secretary, the Secretary shall release the levy upon all, or part of, the property or rights to property levied upon and shall promptly notify the person upon whom such levy was made (if any) that such levy has been released if–

(A) the liability for which such levy was made is satisfied or becomes unenforceable by reason of lapse of time,
(B) release of such levy will facilitate the collection of such liability,
(C) the taxpayer has entered into an agreement under section 6159 to satisfy such liability by means of installment payments, unless such agreement provides otherwise,
(D) the Secretary has determined that such levy is creating an economic hardship due to the financial condition of the taxpayer, or
(E) the fair market value of the property exceeds such liability and release of the levy on a part of such property could be made without hindering the collection of such liability.

For purposes of subparagraph (C), the Secretary is not required to release such levy if such release would jeopardize the secured creditor status of the Secretary.

(2) **Expedited determination on certain business property.**–In the case of any tangible personal property essential in carrying on the trade or business of the taxpayer, the Secretary shall provide for an expedited determination under paragraph (1) if levy on such tangible personal property would prevent the taxpayer from carrying on such trade or business.

(3) **Subsequent levy.**–The release of levy on any property under paragraph (1) shall not prevent any subsequent levy on such property.

(b) **Return of Property.**–If the Secretary determines that property has been wrongfully levied upon, it shall be lawful for the Secretary to return–
(1) the specific property levied upon,
(2) an amount of money equal to the amount of money levied upon, or
(3) an amount of money equal to the amount of money received by the United States from a sale of such property.

Property may be returned at any time. An amount equal to the amount of money levied upon or received from such sale may be returned at any time before the expiration of 9 months from the date of such levy. For purposes of paragraph (3), if property is declared purchased by the United States at a sale pursuant to section 6335(e) (relating to manner and conditions of sale), the United States shall be treated as having received an amount of money equal to the minimum price determined pursuant to such section or (if larger) the amount received by the United States from the resale of such property.

(d) RETURN OF PROPERTY IN CERTAIN CASES.—IF—
(1) any property has been levied upon, and
(2) the Secretary determines that—
(A) the levy on such property was premature or otherwise not in accordance with administrative procedures of the Secretary,
(B) the taxpayer has entered into an agreement under section 6159 to satisfy the tax liability for which the levy was imposed by means of installment payments, unless such agreement provides otherwise,
(C) the return of such property will facilitate the collection of the tax liability, or
(D) with the consent of the taxpayer or the National Taxpayer Advocate, the return of such property would be in the best interests of the taxpayer (as determined by the National Taxpayer Advocate) and the United States,
the provisions of subsection (b) shall apply in the same manner as if such property had been wrongfully levied upon, except that no interest shall be allowed under subsection (c).

Form **668-W(ICS)** (1-2003)
Exhibit C

**FedEx**
Express

0000318476          000856-000856
381940137   1018340902
*Federal Express Corporation*
*2007 Corporate Ave.*
*5th Floor - U.S. Payroll*
*Memphis, TN. 38132*

# Earnings Statement

Page 001 of 001

Period Ending:          06/15/2006
Check Date:             06/15/2006
Check Number:           17043599
Batch Number:           CA3044698

Taxable Marital Status: M
Exemptions/Allowances
    Federal:   0,      0.00 Additional Tax
    State:     1,      0.00 Additional Tax
    Local:

**ROBERT J. WELZEL**
**114 W. GRAYCREST AVE.**

**COLLIERVILLE, TN. 38017**

| Earnings | rate | this period | year-to-date |
|---|---|---|---|
| Reg Earn | | 5761.60 | 70089.04 |
| Plt N/T PD* | | 55.23 | 2580.86 |
| TxblPerDm | | 7.64 | 77.29 |
| ExcessLife # | | | 783.23 |
| PltOverage | | | 12023.22 |
| Plt Vac BB | | | 10982.40 |
| Req Train | | | 499.20 |

| Taxes | this period | year-to-date |
|---|---|---|
| Fed MED/EE | 83.01 | 1362.41 |
| Fed OASDI/EE | 354.90 | 5825.48 |
| Fed Withholdng | | 1364.86 |
| | | |
| **Total Taxes** | **437.91** | **8552.75** |

| Deductions | this period | year-to-date |
|---|---|---|
| WGPSO1-Tax Levy | 3532.56 | 3532.56 |
| AD&D | 4.58 | 50.38 |
| Charity | 21.00 | 231.00 |
| CreditAssoc | 350.00 | 3850.00 |
| ESPP | 288.08 | 3890.78 |
| MetLegal | 8.25 | 90.75 |
| MetLTCI | 7.53 | 82.83 |
| Opt Life | 18.04 | 198.44 |
| ALPA PAC | 50.00 | 300.00 |
| ALPADues | 269.04 | 1791.06 |
| ALPAInsure | 174.35 | 1079.88 |
| POS-Pretax* | 45.00 | 495.00 |
| 401kLoanPt | 95.58 | 1051.38 |
| 401KPreTax* | 115.23 | 1871.90 |
| DevBank | | 87.09 |
| **Total Deductions** | **4979.24** | **18603.05** |
| Other Information | | |

Gross Pay                    5824.47    96252.01
Fed Tax Wages                5609.01    92087.48
\# Non Cash Earnings and Benefits
\* Included from Federal Taxable Wages

| | this period | year-to-date |
|---|---|---|
| TOTAL GROSS | 5824.47 | 96252.01 |
| TOTAL TAXES | 437.91 | 8552.75 |
| TOTAL DEDUCTIONS | 4979.24 | 18603.05 |
| NET PAY | 407.32 | 69096.21 |

Exhibit D

# NOTICE

Robert J. Welzel
c/o 114 W. Graycrest Ave.
Collierville, Tennessee
June 2nd, 2006

Ms. Katharine Young
&
FedEx Express
U. S. Payroll Services
2007 Corporate Ave, 5th Floor
Memphis, TN 38132

Steve Smith, Register
Haywood County
Rec #: 42733
Rec'd: 35.00        Instrument #: 5645
State: 0.00           Recorded
Clerk: 0.00      6/5/2006 at 3:20 PM
EDP: 2.00          In Record Book
Total: 37.00              23
                    Pgs 631-63

FedEx Tracking Number:  7910 0320 8168

Re: Notice of Levy

Ms. Katharine Young, agent for FedEx Express, & FedEx Express, hereinafter; FedEx

It has come to my attention that the IRS has issued a Notice of Levy to FedEx. Said Notice instructs FedEx to divert (convert) monies belonging to, or owed Robert J. Welzel to the IRS. The purpose and intent of this letter is to address the criminal and civil liabilities which you, Ms. Katharine Young and FedEx will be subject to if you choose to divert/convert any monies or assets of mine to any third party. The execution, issuance, and receipt of this Notice, constitute Actual and Constructive Notice.

All monies/assets belonging to, or owed Robert J. Welzel already converted by you/your agency must be refunded to me by FedEx within thirty days of receipt of this Notice.

Katharine Young and FedEx are hereby put on Notice that any conversion or diversion of monies owed to, or belonging to Robert J. Welzel will not be tolerated. Ignorance of the Law on the part of Katharine Young, FedEx and, or Counsel for FedEx, is no excuse. I will seek to prosecute immediately and to the fullest extent of the Law. The IRS is attempting to deceive FedEx and Agents thereof. Such deception appears to be with the intent to suborn the commission crimes. As a good faith gesture, I am providing you with copies of letters from two U.S. Congressmen wherein the subject of this very style of deception and subornation of crimes is addressed and clarified. Also included in this mailing you will find a copy of U.S. Code, Title 26, Subtitle F, Chapter 64, Subchapter D Part II, Section 6331 (a)

Paragraph (a) is the paragraph that the IRS has deliberately omitted from the instructions on the reverse side of their Notice of Levy. Please read paragraph (a) carefully to see whether or not I am subject to levy by the IRS. These enclosures have been provided to you as a good faith gesture. However, if you choose to ignore the Law, I will forward a formal Criminal Complaint to Attorney General Alberto Gonzales detailing your perpetration of Fraudulent Conversion. The crime of Fraudulent Conversion is a felony punishable by prison time, fines, and restitution. This Notice, which has been made a part of the Public Record, will be used as evidence against you

and FedEx in both the criminal prosecution and the civil actions to show that you proceeded with malice aforethought and complete disregard for the Law.

Authority to Levy by distraint rests in Title 26 USC §6331(a). Paragraph (a), of course is suspiciously missing from the instructions by IRS. Legal presumption of lawful authority of IRC 6331 by the IRS, as applied to me, is hereby refuted and rebutted.

I suggest you direct your attention to the CFR index. There, you will find that the implementing regulation for Title 26 §§6201, 6321, & 6331 is Title 27 Part 70, which is a regulation applicable only to the Bureau of Alcohol, Tobacco, and Firearms. The BATF collects stamp taxes, which is the species of tax applicable to cotton and distilled spirits. According to CFR 1 §21.21 each agency shall publish its own regulations, and may not cross-reference to another agency unless it meets the exceptions as published in the Federal Register. See Exhibit: ~ Parallel Table of Authorities.

Consequently, since there exists no statutory regulation for the Internal Revenue Service to Levy by distraint, and FedEx and Agents thereof have been Noticed to that effect, any conversion undertaken by FedEx and or Agents thereof would be with malice aforethought. If you, Katharine Young, FedEx, or agents thereof choose to divert / convert any part of any assets owned by me, or owed to me, you do so at your own legal peril.

In the civil trial you, Katharine Young would be subpoenaed duces tecum. Subpoena *duces tecum* means you will be required by the Court to bring certain documents with you. The following is only a partial list of documents that you will be required to produce in Court:

Please read the following list carefully.

1.  A valid judgment, from a Court of lawful jurisdiction, wherein I have been found by said Court to owe a monetary sum.

2.  A valid writ of execution, signed by a Court Clerk, and referencing said valid Court Judgment wherein said Court ruled against me and ordered me to pay a monetary sum.

3.  A valid Proof of Service certificate, signed by a duly appointed and sworn Law Enforcement Officer, citing the time, date, and location where said Court Ordered Writ of Execution was served upon you, Katharine Young, FedEx, or an agent thereof.

Damages awarded in Civil Court for cases of Fraudulent Conversion can exceed 4 times for Compensatory Damages, and 200 times for Punitive Damages. See:

CLEOPATRA HASLIP et al.
V.
PACIFIC MUTUAL LIFE INSURANCE, INC.
499 U.S.1, 113 Fed 2d 1, 111 sct. 1032 (no. 89-1279)

In the case notes of the aforementioned case, it was explained to the jury that "This amount of money is awarded to the plaintiff but it is not to compensate the plaintiff

for any injury. It is to punish the defendant. Punitive means to punish or it is also called exemplary damages, which means to make an example. So…if you are reasonably satisfied from the evidence that the plaintiff has a fraud perpetrated upon them and as a direct result they were injured and in addition to compensatory damages you may at your discretion award punitive damages."

Defending against criminal charges of Fraudulent Conversion will be even more demanding, and the punishment much more severe. Felonies such as Fraudulent Conversion carry heavy penalties.

I will see to it that you, Katharine Young, are prosecuted immediately, and to the fullest extent of the Law. A civil action will also be initiated against you and FedEx.

NOTICE TO PRINCIPAL IS NOTICE TO AGENTS
NOTICE TO AGENTS IS NOTICE TO PRINCIPAL

Thank you in advance for your prompt attention to this matter.

By: _____

Robert J. Welzel
All rights reserved

**NOTE**: THIS DOCUMENT WILL BE MADE PART OF THE PUBLIC RECORD UNDER RULE 902 (4), (8) OF THE FEDERAL RULES OF EVIDENCE AND WILL BE USED TO ESTABLISH AN ADMINISTRATIVE RECORD WHICH WILL BE PROVIDED AS EVIDENCE IN ANY JUDICIAL PROCEEDINGS AT LAW OR EQUITY REGARDING THIS MATTER.

STATE OF: _Tennessee_

COUNTY OF: _Shelby_

On this date: _June 4th_ 2006 AD, _Robert J Welzel_ appeared before me. He/she is personally known by me (or proved to me on the basis of satisfactory evidence) to be the person whose name is the same in his/her authorized capacity and that by his/her signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Signature: _Sally Hahn_ _____ NOTARY PUBLIC

My Commission expires: _11/7/2006_

SEAL:

Actual and Constructive Notice to FedEx et al
Page 3 of 3

By: Robert J. Welzel

## Regarding a "Notice of Levy"

Anyone whose employer is sent a "Form 668-W Notice of Levy on Wages, Salaries, and Other Income", a standard tactic used to co-opt third parties into doing for the IRS what it can't do for itself, (and entirely at that third party's risk, by the way), will take great interest in noting that the IRC excerpts thoughtfully provided on the back of the form, from section 6331 of the code, leave out the first paragraph of that section, paragraph (a), and begin with paragraph (b).  The missing section is as follows (with emphasis added):

### SECTION 6331. Levy and distraint.

*(a) Authority of Secretary--If any person liable to pay any tax neglects or refuses to pay the same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax (and further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under section 6334) belonging to such person or on which there is a lien provided in this chapter for the payment of such tax. **Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia,** by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official. If the Secretary makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful without regard to the 10-day period provided in this section.*

Lacking this paragraph, any business receiving one of these invitations to conspiracy might not realize that they are taking responsibility for establishing that the proposed target of the "notice of levy" is both a covered person subject to this statutory protocol, as defined in paragraph (a) above; and is liable to pay a tax.  (A mere declaration that someone owes money has no legal standing, and particularly not in the face of that someone's disagreement).  Acting in error on these points creates several serious legal liabilities of both a criminal and civil nature for the company, and agents thereof.

COMMITEES:

ARMED SERVICES

MERCHANT MARINE AND
FISHERIES

SELECT COMMITTEE ON
AGING



**DENNIS M. HERTEL**
14TH DISTRICT, MICHIGAN

DISTRICT OFFICE:
28221 MOUND ROAD
WARREN, MICHIGAN 48001
(313) 574-9420

DISTRICT OFFICE:
18927 KELLY ROAD
DETROIT, MICHIGAN 48224
(313) 526-5900

218 CANNON OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-6276

## Congress of the United States
### House of Representatives
#### Washington, DC 20515

December 30, 1985

Regarding your recent contact with my office on the difficulties you are
experiencing with the Internal Revenue Service, it is the policy of our office
not to give legal advice and suggest that you seek counsel with tax
expertise.

We can address your specific question relative to IRS Form 668-W, Notice of
Levy on Wages…Section 6331 IRC entitled "Levy and Distraint" and Section
6331 (a) IRC entitled "Authority of Secretary", "…Levy may be made upon the
accrued salary or wages of any officer, employee or elected official of the
United States, District of Columbia, or any agency or instrumentality of the
United States or the District of Columbia, by serving notice of levy on the
employee of such officer, employee or elected official…", does not provide
authority to levy wages of private citizens in the private sector.

The omission of this section from IRS form 668-W may be misleading to some
employers, as you have suggested.

I hope that you will find this information useful and regret that I am unable
to provide you with more assistance.

Please feel free to contact me again if you have questions or comments
regarding your federal government.

Sincerely,

DENNIS M. HERTEL

Member of Congress

DMH/hjf

**Exhibit E, Page 5 of 7**

E. CLAY SHAW, JR.
22ND DISTRICT, FLORIDA

COMMITTEE:

WAYS AND MEANS
SUBCOMMITTEES:

CHAIRMAN
TRADE

SOCIAL SECURITY

OVERSIGHT

CHAIRMAN
FLORIDA CONGRESSIONAL DELEGATION



# Congress of the United States
## House of Representatives
### Washington, DC 20515—0922
January 24, 2005

1236 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–3026

DISTRICT OFFICE:
BROWARD COUNTY
1512 EAST BROWARD BOULEVARD
SUITE 101
FORT LAUDERDALE, FL 33301
(954) 522–1800

PALM BEACH COUNTY
222 LAKEVIEW AVENUE, #225
WEST PALM BEACH, FL 33401
(561) 832–3007

WEB SITE
www.house.gov/shaw

Mr. Gary A. Fennell

Boca Raton, Florida 33431-5926

Dear Mr. Fennell:

Thank you for contacting me with a question regarding your troubles with the Internal Revenue Service (IRS). While responding as best I can, please understand that I am not giving any legal advice. I would strongly advise you to seek counsel on this matter.

U.S. Code, Title 26, Subtitle F, Chapter 64, Subchapter D Part II, Section 6331 (a) states:

If any person liable to pay any tax neglects or refuses to pay the same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax (and such further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under section 6334) belonging to such person or on which there is a lien provided in this chapter for the payment of such tax. Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official. If the Secretary makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful without regard to the 10-day period provided in this section.

This particular provision does not appear to extend to private sector employees. If a form was given to an employer that omitted section (a), this form could be considered misleading.

I hope that this is helpful to you. Again you may wish to seek help from an attorney or tax professional.

Sincerely,

E. Clay Shaw, Jr.
Member of Congress

ECS:cd

PARALELL TABLE OF AUTHORITIES

| Title 26 | Description | Enforcement Regulation In |
|----------|-------------|---------------------------|
| 6020 | Returns Prepared by the Secretary | 27 CFR Parts 53, 70 |
| 6201 | Assessment Authority | 27 CFR Part 70 |
| 6203 | Method of Assessment | 27 CFR Part 70 |
| 6212 | Notice of Deficiency | NO REGULATION |
| 6213 | Restrictions Applicable to Deficiencies; Petition to Tax Court | NO REGULATION |
| 6214 | Determinations by Tax Court | NO REGULATION |
| 6215 | Assessment of Deficiency Found by Tax Court | NO REGULATION |
| 6301 | Collection Authority | 27 CFR Parts 70, 24, 25, 250, 270, 275 |
| 6303 | Notice and Demand for Tax | 27 CFR Part 70 |
| 6321 | Liens for Taxes | 27 CFR Part 70 |
| **6331-43** | **Levy and Distraint** | **27 CFR Part 70** |
| 6601-02 | Interest on Underpayments | 27 CFR Parts 70, 170 |
| 6651 | Failure to File Tax Return or Pay Tax | 27 CFR Parts 70, 24, 25, 194 |
| 6671 | Penalty Assessed as Tax, Person Defined | 27 CFR Part 70 |
| 6672 | Failure to Collect and Pay Over Tax | 27 CFR Part 70 |
| 6701 | Penalties for Understatement of Tax | 27 CFR Part 70 |
| 6902 | Provisions of Special Application to Transferees | NO REGULATION |
| 7201 | Attempt to Evade or Defeat Tax | NO REGULATION |
| 7203 | Willful Failure to File Return, Supply Information or Pay Tax | NO REGULATION |
| 7207 | Fraudulent Returns | 27 CFR Part 70 |
| 7212 | Interference with Administration of Internal Revenue Laws | 27 CFR Parts 170, 270, 275, 285, 290, 295, 296 |
| 7342 | Penalty for Refusal to Permit Entry or Examination | 27 CFR Parts 24, 25, 170, 270, 275, 285, 290, 295, 296 |
| 7343 | Definition of Term "Person" | NO REGULATION |
| 7344 | Extended Application of Penalties Relating to Officers of the Treasury Dept. | NO REGULATION |
| 7401 | Judicial Proceedings Authorization | 27 CFR Part 70 |
| 7402 | Court's Jurisdiction to Enforce Summons | NO REGULATION |
| 7403 | Judicial Action to Enforce Lien | 27 CFR Part 70 |
| 7454 | Burden of Proof in Fraud, Foundation Manager, and Transferee Cases | NO REGULATION |
| 7601 | Canvass of District for Taxable Persons | 27 CFR Part 70 |
| 7602 | Examination of Books and Witnesses | 27 CFR Parts 70, 170, 296 |
| 7603 | Service of Summons | 27 CFR Part 70 |
| 7604 | Enforcement of Summons | 27 CFR Part 70 |
| 7605 | Time and Place for Examination | 27 CFR Part 70 |
| 7608 | Authority of Internal Revenue Enforcement Officers | 27 CFR Parts 70, 170, 296 |