# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Robert J Welzel
Lisa L Welzel
          Plaintiff(s),

v.

United States
          Defendant.

Case No. 1:06-cv-00838 RBW

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiffs request that default be entered forthwith against defendant.

2. The record shows that plaintiffs served the United States Attorney the summons and complaint on May 10, 2006.

4. The record shows that the court ordered defendants plead or otherwise defend on or before July 10, 2006.

5. The record is silent as to defendant requesting an extension of time to plead or otherwise defend.

6. The record shows that defendant failed to obey a lawful order of the court by failing to plead or otherwise defend on or before July 10, 2006.

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to obey a lawful order of this Court by failing to plead or otherwise defend on or before July 10, 2006, plaintiffs are entitled to entry of default forthwith against defendant as a matter of law.

Dated July 12, 2006

_____
Robert J Welzel

_____
Lisa L Welzel

Robert J Welzel v. United States.   page 1 of 2 pages

RECEIVED Motion for default
JUL 13 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Robert J Welzel
Lisa L Welzel

          Plaintiff(s),

v.

United States

          Defendant.

Case No. 1:06-cv-00838

ORDER

Having considered the Motion for entry of Default filed by the plaintiffs and the entire record of these proceedings, it is clear to the court that plaintiffs are entitled to entry of default as a matter of law, it is by the Court

    ORDERED that the motion is Granted and it is further

    ORDERED that the clerk shall distribute copies of this order to all parties to this action.

    SO ORDERED this _____ day of _____ 2006

                                                        _____
                                                        United States District Judge