IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT J. & LISA L. WELZEL          )
                                    )
          Plaintiffs,               )          No. 1:06-cv-838 (RBW)
                                    )
     v.                             )
                                    )
UNITED STATES,                      )
                                    )
          Defendant.                )

## **O R D E R**

Having considered the United States' motion to vacate entry of default and the

United States' motion to dismiss, any opposition thereto, and the entire record in this

matter, it is

ORDERED that the United States' motion to vacate entry of default be and is

GRANTED;

ORDERED that the entry of default against the United States entered on July 13,

2006, be and is VACATED;

ORDERED that the United States' motion to dismiss is GRANTED;

ORDERED that plaintiffs' complaint is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the

parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Robert J. Welzel
Lisa L. Welzel
Plaintiffs *pro se*
114 West Graycrest Avenue
Collierville, TN 38017

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the United States' proposed ORDER, which will be filed

electronically and available for viewing and downloading from the Court's ECF system,

was served upon plaintiffs *pro se* on July 26, 2006, by depositing a copy thereof in the

United States mail, postage prepaid, addressed as follows:

> Robert J. Welzel
> Lisa L. Welzel
> Plaintiffs *pro se*
> 114 West Graycrest Avenue
> Collierville, TN 38017

 

 

    /s/    Pat S. Genis
PAT S. GENIS, #446244

1829094.1