`IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. & LISA L. WELZEL ) | |
| ) | |
| Plaintiffs, ) | No. 1:06-cv-838 (RBW) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**REPLY TO PLAINTIFFS' OPPOSITION TO
UNITED STATES' MOTION TO VACATE ENTRY OF DEFAULT
AND MOTION TO DISMISS**

Plaintiffs assert that their complaint cannot be dismissed because they have stated a claim under Fed.R.Civ.P. 12(b)(6).[1] Citing *Turner v. United States*, D.D.C. 05-1716 (JDB) and *Masterson v. United States*, D.C. 05-1807 (JDB), plaintiffs argue that their complaint cannot be dismissed under Fed.R.Civ.P. 12(b)(1) because their failure to exhaust administrative remedies is not jurisdictional. And, citing *Koerner*, they argue that they have stated a claim, and thus, the Court cannot dismiss their case under 12(b)(6).

Although, as discussed in the motion to dismiss, the United States agrees with the decisions holding that a failure to exhaust administrative remedies is jurisdictional, the United States wholly agrees with the result in *Turner; i.e.*, dismissal of the case.

---

[1] Plaintiffs also state that the United States was properly served. They correctly state that a non-party may properly effect service of process, and assert "Michele Welzel," a person who is not a party, signed the return of service. The signature on the returns of service is hard to read, but if plaintiffs' assertion is true, then the United States has been properly served, and withdraws that portion of its brief.

Accordingly, whether plaintiffs' failure to exhaust administrative remedies is jurisdictional or a failure to state a claim upon which relief may be granted (under *Turner*), their complaint should be dismissed.

Date: August 16, 2006.

                                              Respectfully submitted,

                                              /s/ Pat S. Genis
                                              PAT S. GENIS, #446244
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Post Office Box 227
                                              Washington, D.C.  20044
                                              Telephone/FAX: (202) 307-6390/514-6866
                                              Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH W. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' REPLY, which will be filed electronically and available for viewing and downloading from the Court's ECF system, was served upon plaintiffs *pro se* on August 16, 2006, by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> Robert J. Welzel
> Lisa L. Welzel
> Plaintiffs *pro se*
> 114 West Graycrest Avenue
> Collierville, TN 38017

                                    /s/    Pat S. Genis
                                   PAT S. GENIS, #446244