RECEIVED
NOV 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Robert J Welzel  
Lisa L Welzel  

No: 1:06-cv-00838

CHANGE OF ADDRESS

Plaintiff(s),

v.

United States (Government)

Defendant.

Plaintiffs' address is as shown below the signature line.

Respectfully,

Dated  20 Nov         , 2006

_____  
Robert J Welzel  
2440 E. Tudor Rd, PMB 244  
Anchorage, AK 99507

_____  
Lisa L Welzel  
2440 E. Tudor Rd, PMB 244  
Anchorage, AK 99507

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on:

Pat Ginis
Ben Franklin Station
U.S. Dept of Justice
P.O. Box 277
Washington D.C. 20044

Dated 20 Nov 2006

_____
Robert J Welzel