# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert J Welzel, *et ux*, )
                        )
           Plaintiffs, )    Case No: 1:06-cv-00838 (RBW)
                        )
v.                        )
                        )
UNITED STATES (Government), )    **NOTICE OF CHANGE OF ADDRESS**
                        )
           Defendant. )

Plaintiffs' new address is:

    8450 Greenhill Way
    Anchorage, AK  99502

Plaintiffs' new phone number is:
    (907)336-6282

Dated 16 October, 2007

*[signature]*
Robert J Welzel

*[signature]*
Lisa L. Welzel

RECEIVED
OCT 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

    I certify that I have served a copy of the foregoing on:

Pat S. Genis
U. S. Dept of Justice
P. O. Box 227
Washington D. C.  20044

Dated 16 October, 2007

*[signature]*
Robert J. Welzel