

RECEIVED
OCT 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert J Welzel, *et ux*,  )<br>  )<br>           Plaintiffs,  )<br>v.  )<br>  )<br>UNITED STATES (Government),  )<br>  )<br>           Defendant.  )<br>  ) | Case No: 1:06-cv-00838 (RBW)<br><br>**MOTION FOR LEAVE TO AMEND**<br><br>**MOTION FOR RELIEF FROM ORDER OF DISMISSAL UNDER FED.R.CIV.P. 60(b)(3), (6)** |

Plaintiffs, hereby seek leave to amend their Motion for Relief and Memorandum, filed to the Court on June 6, 2007[1]. This Motion for Leave is supported by the following:

In addition to the questions presented in Plaintiffs' Motion for Relief and its accompanying Memorandum, and so far unanswered, Plaintiffs have discovered official documents of the Treasury Department, published by the Office of the Federal Register, strongly suggesting that the regulation so long-used by the defendant to thwart damages actions[2] under TBOR I, II, and III, failed to comply with the Administrative Procedure Act, a Congressional Mandate, and failed to comply with the Treasury Department's procedural requirements for promulgation of substantive regulations, i.e., regulations having the force and effect of law; and in fact and law

---

[1] Plaintiffs' Motion for Relief remains, as yet, unanswered.

[2] On the basis of purported failure to exhaust administrative remedies

imposes no administrative requirements upon damaged Plaintiffs, and affords no substantive administrative remedies capable of exhaustion. Presentation of these documents is intended to enable the Court to make a more informed ruling upon Plaintiffs' MOTION FOR RELIEF, herein sought to be amended.

Plaintiffs believe that the interests of justice will be served by the Court's grant of leave to amend, and that defendant will not be prejudiced thereby, having so far failed to answer Plaintiffs' original Motion for Relief, including its Memo.

Respectfully Submitted

Dated  16 October , 2007

Robert J Welzel

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on:

Pat S Genis
U.S. Dept of Justice
P.O. Box 227
Washington D.C. 20044

Dated  16 October , 2007