UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT WELZEL and <br> LISA WELZEL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 06-838 (RBW) |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby

**ORDERED** that the plaintiffs' Motion for Leave to Amend Motion for Relief from Order of Dismissal Under [Federal Rules of Civil Procedure] 60(b)(3), [60(b)](6) is **GRANTED**. It is further

**ORDERED** that the plaintiffs' Amended Motion for Relief from Order of Dismissal Under [Federal Rules of Civil Procedure] 60(b)(3), [60(b)](6) and Amended Memorandum in Support of Motion for Relief from Order of Dismissal Under [Federal Rules of Civil Procedure] 60(b)(3), [60(b)](6) are deemed filed. It is further

**ORDERED** that the plaintiffs' Motion for Relief from Order of Dismissal Under [Federal Rules of Civil Procedure] [60(b)](6) is **DENIED AS MOOT**. It is further

**ORDERED** that the plaintiffs' Amended Motion for Relief from Order of Dismissal Under [Federal Rules of Civil Procedure] 60(b)(3), [60(b)](6) is **GRANTED** in part and **DENIED** in part.  It is further

**ORDERED** that the Court's order entered on March 30, 2007, is **VACATED** in part, and that the plaintiffs' claims for damages pursuant to 26 U.S.C. § 7433 (2000) are **REINSTATED**.

**SO ORDERED** this 28th day of March, 2008.

REGGIE B. WALTON  
United States District Judge