IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. WELZEL  and <br> LISA L. WELZEL , <br><br>　　Plaintiffs, <br><br>　　v. <br><br> UNITED STATES, <br><br>　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    No. 1:06cv838-RBW <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

　　Having considered the United States' second motion to dismiss the complaint and memorandum in support thereof, any oppositions and replies thereto, the Court concludes that the motion ought to be granted.  Accordingly, it is this _____ day of _____, 2008, at Washington, District of Columbia,

　　ORDERED that the United States' second motion to dismiss be and is GRANTED;

　　ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

　　ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: pat.genis@usdoj.gov

Robert J. Welzel
Lisa L. Welzel
*Plaintiffs pro se*
114 W. Graycrest Avenue
Collierville, TN 38017