IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Robert J Welzel, et ux,  ) Docket No.: **1:06-cv-00838(RBW)**
                         )
        Plaintiff,       ) **OBJECTION TO UNITED STATES SECOND MOTION**
                         ) **TO DISMISS COMPLAINT**
    vs.                  )
                         )
UNITED STATES (GOVERNMENT), )
                         )
        Defendant        )

**RECEIVED**

**AUG 2 5 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Defendant filed a Second Motion to Dismiss Complaint on 29 July 2008. Plaintiff objects to this motion for the following two reasons.

    First, Fed Rule Civ. Proc. Rule 5 states that all written motions must be served on every party. Additionally, Rule 5 (b)(2)(C) states that service is made by, "mailing it to the person's last known address." Despite the fact that Plaintiff properly notified defendant and this Court of all address changes, Defendant mailed their "Second Motion to Dismiss Complaint" to an invalid address. Defendant has previously asserted that a defective service was sufficient to warrant dismissal and yet apparently seeks understanding from the Court for Defendant's inability to properly address Plaintiff.

    Secondly, Defendant submitted this "Second Motion to Dismiss Complaint" without the benefit of the learned Court's Memorandum Opinion reinstating the original complaint. It is impossible for Plaintiff to articulate any intelligent response to an Opinion the Court has refrained from release. Plaintiff objects to Defendant's presupposition that they are able to discern the thoughts of the Court to such a degree as to then formulate any valid cause for dismissal.

OBJECTION TO UNITED STATES

SECOND MOTION TO DISMISS COMPLAINT - 1

Dated this 15th of August 2008

_____
Robert J Welzel
8450 Greenhill Way
Anchorage, AK  99502
907-868-5208
Email: r_welzel@msn.com

**OBJECTION TO UNITED STATES**

**SECOND MOTION TO DISMISS COMPLAINT - 2**

```
 1  Docket No. 1:06-cv-00838(RBW)
 2
 3                    CERTIFICATE OF SERVICE
 4
 5      This is to certify that a copy of the foregoing Motion for Leave to Amend was
 6  served on Respondent by mailing the same on 22 August 2008 postage paid addressed as
 7  follows:
 8
 9              Pat S. Genis
                Trial Attorney, Tax Division
10              U.S. Department of Justice
                Post Office Box 227
11              Washington, DC 20044
12                                      Dated this:   22 August, 2008
13
14                                      _____
                                        Robert John Welzel
15                                      8450 Greenhill Way
16                                      Anchorage, AK  99502
                                        907-868-5208
17
```

OBJECTION TO UNITED STATES

SECOND MOTION TO DISMISS COMPLAINT - 3